UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENT JONES, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 2:12-CV-00990-GLL |
| v. | Hon. Gary L. Lancaster, C.J. |
| MERCY LIFE CENTER CORP., d/b/a MERCY BEHAVIORAL HEALTH, | ELECTRONICALLY FILED |
| Defendant. | |

## STIPULATION OF DISMISSAL

AND NOW come all parties, by and through their respective counsel, and hereby enter into this STIPULATION OF DISMISSAL of all claims of KENT JONES against Defendant in the above-captioned matter, with prejudice.

Respectfully submitted,

O'LEARY LLC                                         JACKSON LEWIS LLP

By: /s/ Devin C. O'Leary                            By: /s/ A. Patricia Diulus-Myers
DEVIN C. O'LEARY                                    A. PATRICIA DIULUS-MYERS
Pa. ID No. 312544                                   Pa. ID No. 33337
O'Leary LLC                                         diulusmp@jacksonlewis.com
Allegheny Building, Suite 909                       MELISSA L. EVANS
429 Forbes Avenue                                   Pa. ID No. 85978
Pittsburgh, PA 15219                                melissa.evans@jacksonlewis.com
(412) 592-0102 (telephone)                          One PPG Place, 28th Floor
(412) 265-9696 (facsimile)                          Pittsburgh, PA 15222
devin@olearyllc.com                                 (412) 232-0440 (telephone)
                                                    (412) 232-3441 (facsimile)

Attorney for Plaintiff
Kent Jones                                          Attorneys for Defendant
                                                    Mercy Life Center Corp.

SO ORDERED, this 11th day of April, 2013.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge