UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENT JONES, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 2:12-CV-00990-GLL |
| v. | Hon. Gary L. Lancaster, C.J. |
| MERCY LIFE CENTER CORP., d/b/a MERCY BEHAVIORAL HEALTH, | *ELECTRONICALLY FILED* |
| Defendant. | |

## STIPULATION OF DISMISSAL

AND NOW come all parties, by and through their respective counsel, and hereby enter into this STIPULATION OF DISMISSAL of all claims of KENT JONES against Defendant in the above-captioned matter, with prejudice.

Respectfully submitted,

| O'LEARY LLC | JACKSON LEWIS LLP |
|---|---|
| By: /s/ Devin C. O'Leary | By: /s/ A. Patricia Diulus-Myers |
| DEVIN C. O'LEARY | A. PATRICIA DIULUS-MYERS |
| Pa. ID No. 312544 | Pa. ID No. 33337 |
| O'Leary LLC | diulusmp@jacksonlewis.com |
| Allegheny Building, Suite 909 | MELISSA L. EVANS |
| 429 Forbes Avenue | Pa. ID No. 85978 |
| Pittsburgh, PA 15219 | melissa.evans@jacksonlewis.com |
| (412) 592-0102 (telephone) | One PPG Place, 28th Floor |
| (412) 265-9696 (facsimile) | Pittsburgh, PA 15222 |
| devin@olearyllc.com | (412) 232-0440 (telephone) |
| | (412) 232-3441 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Kent Jones | Mercy Life Center Corp. |

SO ORDERED, this 11th day of April, 2013.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge